# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129300

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SUSAN BRUSH SWANSON,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129300
COA: 252906
Ingham CC: 02-001189-FH

  On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

  CAVANAGH and KELLY, JJ., would grant leave to appeal.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

Clerk

p0315